Entered on Docket August 29, 2024

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JAMES WESLEY KING, JR.,<br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>No. 17-13311-CMA<br><br>*EX PARTE*<br>ORDER DIRECTING FED. R. BANKR. P. 2004 EXAMINATION |

THIS MATTER came before the Court on the Chapter 13 Trustee's *Ex Parte* Application for Order Directing the Fed. R. Bankr. P. 2004 Examination of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust. Based on the motion it is

ORDERED that:

1)	The Application is granted;

2)	The Trustee is authorized to compel a representative of Federal Home Loan Mortgage Corporation to appear for examination under oath pursuant to any subpoena issued pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure;

3)	The Trustee is authorized to compel Federal Home Loan Mortgage Corporation to produce documents pursuant to any subpoena issued pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure; and

///

///

*EX PARTE*
ORDER DIRECTING FED. R. BANKR. P.
2004 EXAMINATION - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 17-13311-CMA    Doc 103    Filed 08/29/24    Ent. 08/29/24 12:58:40    Pg. 1 of 2

4) Federal Home Loan Mortgage Corporation shall be given no fewer than twenty-one days' notice of examination under any subpoena issued pursuant to the terms of this order.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar,* WSBA #33582
JASON WILSON-AGUILAR
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

*EX PARTE*
ORDER DIRECTING FED. R. BANKR. P.
2004 EXAMINATION - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 17-13311-CMA    Doc 103    Filed 08/29/24    Ent. 08/29/24 12:58:40    Pg. 2 of 2