Entered on Docket March 6, 2025

**Below is the Order of the Court.**



**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

CHRISTOPHER M. ALSTON
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>James Wesley King, Jr.<br><br>Debtor. | Chapter 13<br><br>Case No. 17-13311<br><br>NOTICE OF EVIDENTIARY HEARING AND ORDER SETTING DEADLINES |

This matter came before the Court on the Trustee's Motion to Dismiss Case (the "Motion") [ECF No. 104]. The Court held hearings on the Motion on November 7, 2024, December 11, 2024, and January 23, 2025, at which it made findings of fact and conclusions of law incorporated by this reference. Accordingly, it is hereby ORDERED as follows:

NOTICE OF EVIDENTIARY HEARING AND ORDER SETTING DEADLINES - 1

1. <u>Hearing Setting.</u>  The evidentiary hearing on the "Motion", is set for a one-day evidentiary Hearing commencing on **May 27, 2025 at 9:30 a.m,** pursuant to Bankruptcy Rule 9017 and Federal Rule of Civil Procedure 43.

2. <u>Prehearing Procedures.</u>  The deadlines and due dates are as follows:
   a. Any party participating in the evidentiary hearing must file a prehearing statement (described further below) no later than **May 13, 2025**.
   b. Exhibits shall be exchanged between the parties no later than **May 13, 2025**.
   c. Any motions *in limine*, and objections to exhibits, shall be filed no later than **May 22, 2025, and will be heard the day of the evidentiary hearing.**

   Prehearing statements shall include each party's statement of the case, any applicable legal authorities, an identification of any witnesses to appear for that party, and an enumerated list of exhibits intended to be introduced by the party. **Do not attach the exhibits to the prehearing statement or file them on the electronic docket.**

3. <u>Exhibits.</u>
   a. <u>Submissions.</u>  Parties intending to offer exhibits shall submit three (3) sets of exhibits in 3-ring binders for use by the Court, the clerk, and witnesses.  To facilitate identification of exhibits for trial, parties intending to offer 10 or more exhibits at trial shall submit them to chambers by **May 23, 2025**, unless other arrangements are made in advance with Morgan Brannon (206-370-5331), Judge Alston's Courtroom Deputy.
   b. <u>Identification/format.</u> Exhibits shall be pre-marked in accordance with this order.  A number sequence shall be used for all exhibits (including experts' declarations) of all parties, with prefixes indicating the offering party (i.e., D1, D2, D3, etc. for the Debtor.; T1, T2 T3, etc. for the Chapter 13 Trustee). Any documentary exhibits which can reasonably be submitted on 8-1/2 by 11-inch paper shall be, with text on one side only.  All pages within the respective exhibit should be numbered consecutively. (i.e., 1, 2, 3, etc).

4. <u>Settlement.</u> **The parties shall promptly notify the Court if the matter is settled**.  The

Debtor **must** confirm that the hearing is going forward not later than **May 22, 2025,** or the hearing may be stricken by the Court.

///END OF ORDER///